# WELTMAN, WEINBERG & REIS Co., LPA
### Attorneys at Law
*Over 80 Years of Service.*

175 South 3rd. St., Suite 900 Columbus, OH 43215-5166
(614) 801-2710   (800) 223-2070
Mon-Thurs 8am-9pm, Fri 8am-5pm, & Sat 8am-12pm EST

PLAINTIFF'S EXHIBIT "A"

March 16, 2011

RICHARD H HARTMAN II
12528 SHADOW RIDGE BLVD
HUDSON FL 34669-2789

RE:  BB&T FINANCIAL, FSB
     Account No.: ■■■■■■■■
     WWR No.: 9088972
     Balance Due as of March 16, 2011: $5,367.62

Dear RICHARD H HARTMAN II:

Please be advised that this law firm has been retained to collect the outstanding balance due and owing on this account. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact our office to discuss an appropriate resolution for this matter.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days of receipt of this letter, we will assume that the debt is valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail you a copy. If you request in writing within the thirty (30) day period, we will provide you with the name and address of the original creditor if different from the current creditor.

Thank you for your attention to this matter.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.

---

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***   IONWELT01323

175 South 3rd. St., Suite 900
Columbus, OH 43215-5166
ADDRESS SERVICE REQUESTED

WWR No.: 9088972
Balance Due as of March 16, 2011: $5,367.62

March 16, 2011

H17/323/12898994/0606-323   508732836

RICHARD H HARTMAN II
12528 Shadow Ridge Blvd
Hudson FL 34669-2789

WELTMAN, WEINBERG & REIS CO., L.P.A.
P.O. Box 93596
Cleveland, OH 44101-5596

H17/323/12898994/0606

PLAINTIFF'S EXHIBIT "B"

**RICHARD H HARTMAN**
Account Number: ███████████

**Visa Platinum**

### Summary of Account Activity

| | |
|---|---|
| Previous Balance (Includes Past Due Amount of 901.00) | $ 5,300.38 |
| Payments | - 0.00 |
| Other Credits | - 0.00 |
| Other Debits | + 0.00 |
| Purchases | + 0.00 |
| Cash Advances | + 0.00 |
| Special | + 0.00 |
| Fees Charged | + 35.00 |
| Interest Charged | + 32.24 |
| **NEW BALANCE** | **$ 5,367.62** |
| Credit Limit | $5,000.00 |
| Available Credit | 0.00 |
| Available Cash | 0.00 |
| Amount Over Limit | 367.62 |
| Amount Disputed | 0.00 |
| Statement Closing Date | 01/09/11 |
| Days in Billing Cycle | 31 |

### Payment Info

| | |
|---|---|
| New Balance | — |
| Total Minimum Payment Due (Includes Past Due Amount of 901.00) | — |
| Payment Due Date | 02/02/11 |

**Late Payment Warning:** IF WE DO NOT RECEIVE YOUR MINIMUM PAYMENT BY THE DATE LISTED ABOVE, YOU MAY HAVE TO PAY A LATE FEE UP TO $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 year(s) | $6,580.00 |
| 166.00 | 3 years | $5,980.00 (Savings= $ 600.00) |

If you would like information about credit counseling services, call (866) 791-4360.

### Contact Information

📞 Customer Service: (800) 476 - 4BBT (4228)

🌐 Visit us on the web at: www.BBT.com

✉ Please send Billing Inquiries and Correspondence to:
BANKCARD SERVICE CENTER  PO BOX 698  WILSON, NC 27894-0698

$ Please Mail Your Payments to:
PO BOX 580435  CHARLOTTE NC 28258-0435

### Transactions

| Trans Date | Post Date | Plan Name | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | **Fees** | |
| 01/03 | 01/03 | PPLN01 001 | 74616081003696003762C05 | LATE FEE | 35.00 |
| | | | | TOTAL FEES FOR THIS PERIOD | $ 35.00 |

**NOTICE: SEE REVERSE SIDE OF FIRST PAGE FOR IMPORTANT INFORMATION**
Page 1 of 3

BB&T FINANCIAL, FSB
PO BOX 200
WILSON NC 27894-0200

VB - T

4616081000263101000536762000106300?

**Account Number** ███████████

| Closing Date | New Balance | Total Minimum Payment Due | Payment Due Date | $ |
|---|---|---|---|---|
| 01/09/11 | $5,367.62 | $1,063.00 | 02/02/11 | |

AMOUNT OF PAYMENT ENCLOSED

RICHARD H HARTMAN
12528 SHADOW RIDGE BLVD
HUDSON FL 34669-2789

7873

MAKE CHECK PAYABLE TO:

BB&T FINANCIAL, FSB
PO BOX 580435
CHARLOTTE NC 28258-0435

☐ 2631010 ╷⋅⋅5250111 18⋅╷46 16081000 ☐

## BILLING RIGHTS SUMMARY

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper to the address listed under "Inquiries" on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special Rule For Credit Card Purchases

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50.00 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### PAYMENT IN FULL DISCLOSURE

The Bank will not be obligated to accept any check, money order, or other payment instrument marked "payment in full" delivered on any disputed account, loan balance, fee, or expense owed, and the Bank expressly reserves the right to reject all such payment instruments. All communications concerning any disputed amounts owed, including without limitation any payment instrument tendered in good faith as full satisfaction of the amount owed, must be sent to the address listed under "Inquiries" on the front of this statement.

Borrower agrees that if he or she fails to send any communication, check, money order or other payment instrument purporting to pay any disputed amount due hereunder in full, to the address designated above, the obligation referred to will not be satisfied, and shall be deemed not to have been made in good faith, even if such payment instrument is inadvertently processed by the Bank.

### GUIDELINES FOR PAYMENTS

Payment is due by the date specified on your statement. Payments may be made:
- At the teller line during normal business hours
- Through BB&T Phone24 by 6 pm EST
- Through BB&T OnLine by 8 pm EST
- By mail - To ensure prompt processing of your payment, please mail to the address shown on your statement: BB&T Financial, FSB, PO Box 580435, Charlotte, NC 28258-0435. Payments must be received by the due date. Please allow at least 5 days for mail delivery. In order to receive prompt credit, please include the payment coupon with the payment. Only checks or money orders will be accepted.

### EXPLANATION OF THE INTEREST CHARGE

The amount(s) which appears on the reverse side in the column headed "Balance Subject to Interest Charge" has been determined in one or more of the following ways, as indicated by the letter printed in the column headed "ICM" (Interest Charge Calculation Method):

**METHOD G AND A, MONTHLY RATE** - We figure the interest charge on your account by applying the periodic rate to the "balance subject to interest charge" of your account (including current transactions). To get the "balance subject to interest charge" we take the beginning balance of your account each day, add any new purchases and/or advances, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "balance subject to interest charge."

**METHOD G AND A, DAILY RATE** - We calculate the interest charge on this portion of your account by applying the daily periodic rate to the beginning daily balance plus any new purchases and/or advances and fees less any payments or credits. To calculate the daily balance we take the beginning balance of your account each day, add any new purchases and/or advances, fees and any finance charge on the current day's balance, and we subtract any payments or credits. This gives us the daily balance. To get the "balance subject to interest charge," we add up all the daily balances for the billing cycle and divide the total number of days in the billing cycle. This gives us the "balance subject to interest charge."

### FEDERAL TRUTH IN LENDING DISCLOSURE UPON RENEWAL OF ANNUAL FEE

If your account is subject to an Annual Fee, then when the renewal Annual Fee is billed on your statement, you will have 30 days from the time the statement is mailed to avoid paying the fee and have the fee credited if you terminate credit availability under the account. You may use the card during the interim period without having to pay the fee. To terminate credit availability, send to us your written request for termination along with all issued credit cards cut in two.

### DISPUTES

If you have properly notified us of a billing error, then you are not required to pay any disputed amount(s) or any portion of the minimum payment attributable to such disputed amount(s) until we comply with the billing error resolution procedures previously disclosed to you. However, you must pay that portion of the minimum payment attributable to amounts not disputed.

 

To report a lost or stolen card, please call 1-800-476-4228 and select option 1.
To dispute an item(s) please call 1-866-807-0507 or write to:
Customer Service, P.O. Box 30495, Tampa, FL 33630-3495

------------------------------------------------------------

7873 - 7873

**RICHARD H HARTMAN**
**Account Number:** ▓▓▓▓▓▓▓▓

Statement Closing Date:
January 09, 2011

## Transactions...Continued

| Trans Date | Post Date | Plan Name | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | Interest Charged | |
| 01/09 | 01/09 | PPLN01 001 | 7461608:009039009064007 | INTEREST CHARGE | $32.24 |
| | | | | TOTAL INTEREST FOR THIS PERIOD | $ 32.24 |

### 2011 Totals Year To Date

| | |
|---|---|
| Total Fees Charged in 2011 | $ 35.00 |
| Total Interest Charged in 2011 | $ 32.24 |

### Interest Charge Calculation/Plan Level Information

| Plan Name | Plan Description | ICM[1] | Previous Balance | Balance Subject to Interest Rate | Periodic Rate[2] | Annual Percentage Rate (APR)[3] | Interest Charge | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | | |
| PPLN01 001 | STANDARD PURCHASE | G | $5,300.38 | $5,308.28 | 0.01956% (D) | 7.1500% (V) | $32.24 | $5,367.62 |
| **Cash** | | | | | | | | |
| CPLN01 001 | STANDARD CASH | A | $0.00 | $0.00 | 0.03876% (D) | 14.1500% (V) | $0.00 | $0.00 |
| TOTAL | | | $5,300.38 | 5,308.28 | | | $32.24 | $5,367.62 |

[1] ICM Interest Charge Method: See reverse side of Page 1 for explanation.
[2] Periodic Rate (M) = Monthly (D) = Daily
[3] Your Annual Percentage Rate (APR) is the annual interest rate on your account.
(V) = Variable Rate If you have a variable rate account the periodic rate and Annual Percentage Rate (APR) may vary.