IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
    Plaintiff

vs.

CIVIL FILE
NO: 8:11-cv-01323-JDW-MAP

Weltman, Weinber & Reis Co., LPA., et al.
    Defendants
_____/

## NOTICE OF PENDING SETTLEMENT

Pursuant to Middle District of Florida, Local Rule 3.08, Plaintiff Richard H. Hartman hereby submits this Notice of Settlement to the Court, and states:

Plaintiff and all Defendants have reached a verbal settlement with regards to all claims in this case, and the parties are presently drafting, finalizing and executing the written settlement agreement and release of liability for all parties.

Upon execution of a mutually agreeable settlement agreement and release, and fulfillment of the terms thereof, Plaintiff will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice with this Court.

Respectfully submitted on July 22, 2011

_____
Richard H. Hartman, Plaintiff

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that I furnished a copy of the forgoing notice to Doreen Abdullovski, Compliance Attorney for Weltman, Weinberg & Reis, at 965 Keynote Circle, Brooklyn Heights, OH 44131 on July 22, 2011.

_____
Richard H. Hartman