UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II,

    Plaintiff,

vs.                                     Case No.: 8:11-CV-1323-JDW-MAP

WELTMAN, WEINBERG & REIS CO., LPA, et al.,

    Defendants.
_____/

## ORDER

The Court has been advised that this action has been settled (Dkt. 8). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 26th day of July, 2011.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of record
Unrepresented parties